Date entered: August 27 2007



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

# COMPLAINT

1. This action is brought to review the final decision of the Justice conferred upon this court by suit of 1331 (federal questions) (1980 acts) Section 4 of pub.L. 96-486 provided: this act (amending this section and section 2070 of title 15, .......................................) "shall apply to any civil action pending on the date of enactment of this act [Dec. 1, 1980]."

2. Section 4 of Pub.L96-486 provided this act shall apply to all persons who meet certain conditions of eligibility.

3. Section 4 of Pub.L. 96-486 provided this eligibility for the federal Supreme Court to apply its jurisdictions.

4. In the federal Supreme Court of the United States in Vicki Lynn Marshall, petitioner v. E. Pierce Marshall on page 13 of the court stated:

   "It is true that a federal court has no jurisdiction to probate a will or administer an Estate... but it has been established by a long series of decisions of this Court that federal courts of Equity have jurisdiction to entertain suits" in favor of creditors, legatees and <u>heirs</u>, and other claimants against a decedent's estate 'to establish their claims' so long as the federal court does not interfere with the probate proceedings or assume general jurisdiction of the probate or control of the property in the custody of the state court." 326 U.S., at 494 (quoting Waterman, 215 U.S., at 43).

Date entered: August 27 2007. 

5. Next, the Court described a probate exception of distinctly limited scope:

   > "[W]hile a federal court may not exercise its jurisdiction to disturb or affect the possession of property in the custody of a state court .... it may exercise its jurisdiction to adjudicate rights in such property where the final judgment does not undertake to interfere with the state court is bound by the judgment to recognize the right adjudicated by the federal court." 326 U.S., at 494.

6. The plaitiff has met all of the rights in the U.S. Supreme Court.

7. Therefore the plaintiff asks the Honorable District Court to apply said rights.

John Oliveira

John Oliveira, Plaintiff
6 Wilson Street
Bristol, Rhode Island 02809
(401) 253-8971

Defendant - Fausto C. Anguilla, Esq.
56 Pine Street
Providence, RI 02903

Per Federal Court's instructions go to Legal Aid - they could not help.

Every word is true the best of my knowledge

SIGNED BEFORE ME
on 8/27/07
[signature]
Notary Public
Comm. Exp. 6/24/09