AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John Oliveira Pro SE

V.

Fausto C. Anguilla Sq

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-00324 ML

TO: (Name and address of Defendant)

Fausto C Anguilla Sq.
56 Pine Street
Providence, R.I. 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Oliveira Pro SE
6 Wilson Street
Bristol, R.I. 02809

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

8-27-07

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE August 27, 2007 |
|---|---|
| NAME OF SERVER (PRINT) John Lessard | TITLE U.S. District Court Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 56 Pine street (2nd floor) Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-27-07
Date

[signature]
Signature of Server

62 Douglas street Cranston, RI
Address of Server

FILED 2007 AUG 28 P 12:07 DISTRICT COURT RHODE ISLAND

X
8-27-07
Defendant Refused To sign

Note: Mr. Fausto C. Anguilla's Description: white Male Approx. 52 years old., 5'0", 290 lbs., BAlDing Brown Hair wire frame Glasses, round face.

FILED 2007 AUG 28 P 12:13 DISTRICT COURT RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Date entered: August 27 2007



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMPLAINT

1. This action is brought to review the final decision of the Justice conferred upon this court by suit of 1331 (federal questions) (1980 acts) Section 4 of pub.L. 96-486 provided: this act (amending this section and section 2070 of title 15, ....................................) "shall apply to any civil action pending on the date of enactment of this act [Dec. 1, 1980]."

2. Section 4 of Pub.L96-486 provided this act shall apply to all persons who meet certain conditions of eligibility.

3. Section 4 of Pub.L. 96-486 provided this eligibility for the federal Supreme Court to apply its jurisdictions.

4. In the federal Supreme Court of the United States in Vicki Lynn Marshall, petitioner v. E. Pierce Marshall on page 13 of the court stated:

   "It is true that a federal court has no jurisdiction to probate a will or administer an Estate... but it has been established by a long series of decisions of this Court that federal courts of Equity have jurisdiction to entertain suits" in favor of creditors, legatees and heirs, and other claimants against a decedent's estate 'to establish their claims' so long as the federal court does not interfere with the probate proceedings or assume general jurisdiction of the probate or control of the property in the custody of the state court." 326 U.S., at 494 (quoting Waterman, 215 U.S., at 43).

Date entered: August 27 2007. 

5. Next, the Court described a probate exception of distinctly limited scope:

   "[W]hile a federal court may not exercise its jurisdiction to disturb or affect the possession of property in the custody of a state court .... it may exercise its jurisdiction to adjudicate rights in such property where the final judgment does not undertake to interfere with the state court is bound by the judgment to recognize the right adjudicated by the federal court." 326 U.S., at 494.

6. The plaitiff has met all of the rights in the U.S. Supreme Court.

7. Therefore the plaintiff asks the Honorable District Court to apply said rights.

John Oliveira

John Oliveira, Plaintiff
6 Wilson Street
Bristol, Rhode Island 02809
(401) 253-8971

Defendant - Fausto C. Anguilla, Esq.
56 Pine Street
Providence, RI 02903

Per Federal Court's instructions go to Legal Aid - they could not help.

Copy mailed is true to the best of my knowledge

SIGNED BEFORE ME
on 8/27/07

Notary Public
Comm. Exp. 6/24/09