UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN OLIVEIRA, pro se<br>*Plaintiffs,*<br>vs.<br>FAUSTO C. ANGUILLA, ESQ.<br>*Defendants.* | C.A. No. 07-0324ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance for defendant, Fausto C. Anguilla, Esq.

Defendant,
By his attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on September 6, 2007, and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Motion to Dismiss was mailed, postage prepaid, on this 6th day of September 2007, to:

John Oliveira
6 Wilson Street
Bristol, RI 02809

/s/ Marc DeSisto