UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN OLIVEIRA, pro se<br>*Plaintiffs,*<br>vs.<br>FAUSTO C. ANGUILLA, ESQ.<br>*Defendants.* | C.A. No. 07-0324ML |

**DEFENDANT, FAUSTO C. ANGUILLA'S MOTION TO DISMISS IN LIEU OF ANSWER**

Now comes the defendant, Fausto C. Anguilla, and pursuant to R.C.P. 12(b)(6) and 12(d) moves that the plaintiff's complaint against him be dismissed because it violates Rule 8(a). Defendant relies on his memorandum of law attached and incorporated herein.

Defendant,
By his attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on September 6, 2007, and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Motion to Dismiss was mailed, postage prepaid, on this 6th day of September 2007, to:

John Oliveira
6 Wilson Street
Bristol, RI 02809

/s/ Marc DeSisto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN OLIVEIRA, pro se<br>*Plaintiffs,*<br>vs.<br>FAUSTO C. ANGUILLA, ESQ.<br>*Defendants.* | C.A. No. 07-0324ML |

**DEFENDANT, FAUSTO C. ANGUILLA'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS IN LIEU OF ANSWER**

## I. INTRODUCTION

The plaintiff has filed a seven paragraph complaint. However, each paragraph does not make any sense. The opening sentence in the complaint indicates that the action is brought "to review the final decision of the justice conferred upon this Court…". The complaint seems to allude to a probate matter but does not identify this matter and similarly does not claim any specific relief.

The plaintiff's complaint violates Rule 8(a) in that it does not contain "a short and plain statement of the grounds upon which the Court's jurisdiction depends; a short and plain statement of the claims showing that the pleader is entitled to relief and a demand for judgment for the relief the pleader seeks."

Consequently, the complaint should be dismissed.

It should also be noted that the plaintiff has previously been sanctioned by the Rhode Island Superior Court for filing a frivolous complaint "as well as his demonstrated recalcitrance and repeated filing of multiple actions with this honorable Court dealing with the same issues, without regard for the concepts of res judicata or applicable statutes of limitations…" *See*

*attached order from the Superior Court dated November 22, 2006*. In that order, the plaintiff is ordered to post a cash bond of $1,500 as security against potential sanctions and counsel fees for any future case that is filed. The Superior Court order may account for plaintiff's filing of this complaint in this forum.

In any event, defendant respectfully requests that the plaintiff's complaint be dismissed with prejudice.

Defendant,
By his attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on September 6, 2007, and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Motion to Dismiss was mailed, postage prepaid, on this 6th day of September 2007, to:

John Oliveira
6 Wilson Street
Bristol, RI 02809

/s/ Marc DeSisto