Exhibit A

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOHN OLIVIERA :
:
VS. : P.P. NO.: 2006 – 1047
:
MORPHIS A. JAMIEL :

**ORDER SANCTIONING *PRO SE* PLAINTIFF JOHN OLIVIERA PURSUANT TO RHODE ISLAND SUPERIOR COURT CIVIL PROCEDURE RULE 11**

This matter came on for hearing before the **Honorable Justice Patricia Hurst** on the 26th day of September, 2006 pursuant to prior order of this Honorable Court entered on September 13, 2006 ordering that whereas *Pro Se* **Plaintiff, John Oliviera**, violated Rhode Island Superior Court Civil Procedure Rule 11 by filing the instant action against **Defendant, Morphis A. Jamiel,** which was determined to be frivolous, the imposition of sanctions be considered against said ***Pro Se* Plaintiff, John Oliviera.** After hearing thereon, and inconsideration thereof, it is hereby:

**ORDER, ADJUDGED and DECREED** as follows:

1) *Pro Se* **Plaintiff JOHN OLIVIERA** is hereby ordered to pay the sum of **$1,900.00 in** counsel fees to **Defendant, Morphis A. Jamiel's** attorney, **STEVEN A. MINICUCCI,** Esquire (R.I. Bar No. 4155) within 90 days, which is on or before DECEMBER 26, 2006. Said **$1,900.00 counsel** fee is deemed fair and reasonable for **9.25 hours** of legal services at **$200.00 per hour** for work performed in defending against the Plaintiff's frivolous action against Defendant, Morphis A. Jamiel; and

2) *Pro Se* **Plaintiff JOHN OLIVIERA** is further sanctioned within the broad discretionary powers of this Honorable Court, for his within frivolous filed complaint as well as his demonstrated recalcitrance and repeated filing of multiple actions with this Honorable Court dealing with the same issues, without regard for

SUPERIOR COURT
FILED
06 NOV -3 PM 12: 14

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

the concepts of *res judicata* or applicable statutes of limitations, in that said **JOHN OLIVIERA** is hereby ordered contemporaneous with the filing by him or anyone on his behalf of each and every new non-criminal Rhode Island Superior Court action (that is all civil actions filed on or after September 27, 2006, including complaints, petitions, State District Court appeals and Probate appeals filed with the Rhode Island Superior Court) by, on behalf of, or in the name of said **JOHN OLVIERA, presently of 6 Wilson Street, Bristol, Rhode Island 02809, to post with the Registry of this Honorable Superior Court a cash bond per case in the sum of <u>$1,500.00</u>** as security against potential sanctions and counsel fees ordered or levied against said **JOHN OLIVIERA** or his counsel. Nothing herein shall restrict the right of said **JOHN OLIVIERA** to seek relief from the maintaining of his cash security bond in the Registry of the Court after he has duly filed his bond and filed his action forthwith. A copy of this Order is to be placed on filing with the Superior Court Clerk's Office in each County Courthouse for the Rhode Island Superior Court to alert all said clerks to this sanction.

**ENTER:** **PER ORDER:**

Asst Clerk

**PRESENTED BY:**

**STEVEN A. MINICUCCI, Esq.**
**R.I. Bar No. 4155**
*John N. Calvino, Esquire Law Associates*
373 Elmwood Avenue
Providence, R.I. 02907
(401) 785-9400
(401) 781-9648-*fax*

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**CERTIFICATION**

A true copy of the within document was mailed to **John Oliveira**, *Pro Se*, at 6 Wilson Street, Bristol, R.I. 02809, on this 28th day of September, 2006.

True Copy Attest:
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island