UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA, pro se

Plaintiffs,

vs. C.A. No. 07-0324ML

FAUSTO C. ANGUILLA, ESQ.

Defendants.

---

DEFENDANT, FAUSTO C. ANGUILLA'S MOTION
TO DISMISS IN LIEU OF ANSWERS

(I cannot answer)

Now comes the defendant, Fausto C. Anguilla, and pursuant to R.C.P. 12(b)(6) and 12(d) moves that the plaintiff's complaint against him be dismissed because it violates Rule 8(a). Defendant relies on his memorandum of law attached and incorporated herein.

COMPLAINANT'S ANSWER

On page 1 of Defendant's answers 12(b)(6) defendant knows the number of the case PP01-3325 and knows he refused to sign the federal server. (He is above the law). However, 12(b)(6) and 12(d) do not apply.

(d) Preliminary Hearings. The defenses specifically enumerated (1)-(7) in subdivision (b) of this rule, whether made in a pleading or by motion, and the motion for judgment

Page 1 - (continued)

mentioned in subdivision (c) of application of any party, unless the court orders that the hearing and determination thereof be deferred until the trial.

The plaintiff is applying to be heard.

(On page 1) - (plaintiff has not answered him yet). Defendant Fausto Anguilla moves that the plaintiff's complaint against him be dismissed because it violates Rule 8(a).

RULE 8. General Rules of Pleading - (Answer)

(a) Claims for Relief. A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded. (Mr. Anguilla depends on friverlous statements. He feels the rules work for him).

Plaintiff,
Pro se

John O Oliveira

John Oliveira
6 Wilson Street
Bristol, RI 02809
(401) 253-8971

CERTIFICATION:
to: Marc DeSisto, Esq., 211 Angell St., Providence, RI 02906
PO Box 2563, Providence, RI 02906-2563

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA, pro se

Plaintiff,

vs. C.A. No. 07-0324ML

FAUSTO C. ANGUILLA, ESQ.

Defendant

DEFENDANT, FAUSTO C. ANGJILLA' MEMORANDUM OF LAW IN SUPPORT OF OF HIS MOTION TO DISMISS IN LIEU OF ANSWERS

(He feels, the plaintiff cannot answer - but plaintiff can answer)

Rule 8. General Rules of Pleading (plaintiff answer)

(a) Claims for Relief. A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

Plaintiff - continued

In conclusion this Federal District Court has jurisdiction see US Supreme Court Vickie Lynn Marshall, Petitioner vs. E. Pierce Marshall, page 13 Cite No. 547 U.S - (2006). This gives the Federal District Court jurisdiction.

Attorney Mark DeSisto, Esq. makes representation to another Case No. I Will not make myself nor will I answer said Case no. 2006-1047 it is not raised in my complaint.

Plaintiff,

Pro se

John Oliveira pos

John Oliveira
6 Wilson Street
Bristol, RI 02809
(401) 253-8971

CERTIFICATION

To ~~Mark~~ Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906
PO Box 2563
Providence, RI 02906-2563