UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA, pro se

*Plaintiffs,*

vs.

FAUSTO C. ANGUILLA, ESQ.

*Defendants.*

C.A. No. 07-0324ML

**DEFENDANT, FAUSTO C. ANGUILLA'S MOTION TO DISMISS IN LIEU OF ANSWER**

Now comes the defendant, Fausto C. Anguilla, and pursuant to R.C.P. 12(b)(6) and 12(d) moves that the plaintiff's complaint against him be dismissed because it violates Rule 8(a). Defendant relies on his memorandum of law attached and incorporated herein.

Defendant,
By his attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

No objection having been filed, this motion is GRANTED.
So ordered.
Mary M. Lisi
USDJ 9/26/07