UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA

v. CA 07-324 ML

FAUSTO C. ANGUILLA, ESQ.

MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion to Dismiss pursuant to R.C.P. 12(b)(6) and 12(d). Defendant also argues that plaintiff's complaint should be dismissed because it violates R.C.P. 8(a). Plaintiff has filed a response which this Court will treat as an objection, although it is not styled as such.

This Court has reviewed the complaint and agrees with defendant's assessment of its legal deficiencies. While the Court is mindful of plaintiff's pro se status, plaintiff is not excused from compliance with the Rules of Civil Procedure. The complaint, and plaintiff's "objection" to the Motion to Dismiss are incoherent and indecipherable. This Court, therefore, grants the Motion to Dismiss.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 28 , 2007