# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JOHN OLIVEIRA**

**VS.** **C.A. NO. 07-324ML**

**FAUSTO C. ANGUILLA, ESQ.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Fausto C. Anguilla, Esq. against the plaintiff, John Oliveira, pursuant to the Memorandum and Order dated September 28, 2007 GRANTING defendant's Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: September 28, 2007