UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEDERAL COURT OF APPEALS, BOSTON, MASSACHUSETTS

CA 07-324 ML

October 15, 2007

This case arises from a Probate Appeal.

1. The plaintiff's attorney, Fausto C. Anguilla, Esq. failed to sign for the federal server. (He is above the law). See Affidavit attached #1.
2. The Rhode Island Federal District Court never notified me of any hearing before the court.
3. The issues have never been tried or heard before the Rhode Island Federal Court.

See Affidavit attached - See #2.

The plaintiff asks this Boston Federal Court of Appeals to reverse the judgment of the Federal District Court of Rhode Island.

Signed before me on 10/15/07
[signature]
Notary Public
Exp. 6/24/09

John Oliveira pro se

John Oliveira, Pro se
6 Wilson Street
Bristol, Rhode Island 02809
(401) 253-8971

A certified copy mailed to Marc Desisto, Esq.
211 Angell St. Providence, R.I. 02906
PO Box 2563 Providence, R.I. 02906-2563

The Statements are true to the best of my knowledge

Affidavit No 1



AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE August 27, 2007 |
|---|---|
| NAME OF SERVER (PRINT) John Lessard | TITLE U.S. District Court Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 56 Pine street (2nd floor) Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-27-07
Date

Signature of Server [signature]

62 Douglas street Cranston, RI
Address of Server

FILED 2007 AUG 28 P 12:07 DISTRICT COURT

X

8-27-07
Defendant Refused to sign

Note: Mr. Fausto C. Anguilla's Description: white Male Approx. 52 years old, 5'0", 290 lbs. Balding Brown Hair wire frame Glasses, round face.

FILED 2007 AUG 28 P 12:07 DISTRICT COURT

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Affidavit No. 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JOHN OLIVEIRA**

**VS.** **C.A. NO. 07-324ML**

**FAUSTO C. ANGUILLA, ESQ.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Fausto C. Anguilla, Esq. against the plaintiff, John Oliveira, pursuant to the Memorandum and Order dated September 28, 2007 GRANTING defendant's Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: September 28, 2007