MANDATE

DiMARZIO

# United States Court of Appeals
## For the First Circuit

DC#:07-00324
Judge Lisi

No. 07-2578

JOHN OLIVEIRA,

Plaintiff, Appellant,

v.

FAUSTO C. ANGUILLA, ESQ.,

Defendant, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: March 18, 2008

The district court judgment dismissing this action is summarily affirmed because the complaint did not adequately explain why plaintiff believed he was entitled to relief from defendant in federal court and plaintiff did not provide clarification in response to defendant's motion to dismiss.

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 4/30/08

[cc: John Oliveira, Marc DeSisto Esq.]